**Robert BELCHER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

**No. 05–3376.**

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2005.

Robert Belcher, pro se.

*ORDER*

We treat Robert Belcher's response to the court's November 4, 2005 order as a request to withdraw his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for review is dismissed.